UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LASHAN BRIDGES,

    Plaintiff,

v.

MEIJER, INC.,

    Defendant.

_____/

Case No. 1:22-cv-1112

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff initiated this lawsuit by filing a complaint on November 23, 2022. Defendant filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on February 20, 2024, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 14) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (ECF No. 5) is GRANTED.

A Judgment will be entered consistent with this Order.

Dated:  March 15, 2024

      /s/  Paul L. Maloney
Paul L. Maloney
United States District Judge