UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LASHAN BRIDGES,

    Plaintiff,

v.

    Case No. 1:22-cv-1112

    HONORABLE PAUL L. MALONEY

MEIJER, INC.,

    Defendant.
_____/

**JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  March 15, 2024

    /s/  Paul L. Maloney
    Paul L. Maloney
    United States District Judge